## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 756 MAL 2017

             Respondent        :

                                 :    Petition for Allowance of Appeal from

                                 :    the Order of the Superior Court

             v.                    :

                                 :

JUVENTINO RAMIREZ,              :

                                 :

             Petitioner          :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 14th day of March, 2018, the Petition for Allowance of Appeal is **DENIED**.